# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES DOUGLAS LEWIS, JR., #302892, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION 17-00357-KD-B |
| | : | |
| KENNETH PETERS, | : | |
|     Respondent. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 9, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Petitioner James Douglas Lewis, Jr.'s petition is **DISMISSED without prejudice** for failure to comply with the Court's orders as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **30th** day of **January 2018.**

                             /s/ Kristi K. DuBose
                             **KRISTI K. DuBOSE**
                             **CHIEF UNITED STATES DISTRICT JUDGE**